ACCEPTED
15-25-00086-Cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/21/2025 2:43 PM
CHRISTOPHER A. PRINE
CLERK

| | |
|---|---|
| **Appellate Docket Number:** | 15-25-00086-CV |
| **Appellate Case Style:** | City of Grand Prairie, City of Aledo, City of Angleton, Texas, City of Aubrey, Texas, City of Bulverde, Texas, City of Clyde, Texas, City of College Station, Texas, City of Crandall, Texas, City of Denison, Texas, City of Denton, Texas, City of Edcouch, Texas, City of Elsa, Texas, Cit of Fate, Texas, City of Hutto, Texas, City of Kaufman, Texas, City of LaVilla, Texas, City of Lockhart, Texas, City of McKinney, Texas, City of Nasota, Texas, City of Parker, Texas, City of Van Alstyne, Texas, ... |
| **Vs.** | |
| **Companion Case(s):** | ... Development District., City of Brownsville, Texas, City of Cibolo, Texas, City of Bonham, Texas, City of Anna, Texas., 2020 Long Tail Trail Investments, LLC, vs. City of ... Texas, Attorney General Paxton, Texas Comptroller of Public Accounts Glenn Hegar, and the Office of the Texas Comptroller of Public Accounts |

Amended/Corrected Statement ☐

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/21/2025 2:43:17 PM
CHRISTOPHER A. PRINE
Clerk

# DOCKETING STATEMENT (Civil)

Appellate Court:    15th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

*NOTE: Because space for additional parties / attorneys is limited on this form, you can include the information on a separate document. As per TRAP 32.1 and 9.4, please include party's name and the name, address, email address, telephone number, fax number, if any, and State Bar Number of the party's lead counsel. If the party is not represented by an attorney, that party's name, address, telephone number, fax number should be provided.*

## I. Appellant

☐ Person   ☒ Organization

Name: City of Grand Prairie (other appellants attached)

☐ Pro Se

*If Pro Se Party, enter the following information:*

Address:

City/State/Zip:

Tel.          Ext.          Fax:

Email:

## II. Appellant Attorney(s)

☒ Lead Attorney          Select

Name: Wm. Andrew Messer

Bar No. 13472230

Firm/Agency: Messer Fort, PLLC

Address 1: 6371 Preston Road

Address 2: Suite 200

City/State/Zip: Frisco, Texas 75034

Tel. (972) 668-6400   Ext.   Fax: (972) 668-6414

Email: andy@txmunicipallaw.com

☐ Lead Attorney          Select

Name: Timothy A. Dunn

Bar No. 24050542

Firm/Agency: Messser Fort, PLLC

Address 1: 6371 Preston Road

Address 2: Ste 200

City/State/Zip: Frisco, Texas 75034

Tel. (972) 668-6400   Ext.   Fax: (972) 668-6414

Email: taddunn@txmunicipallaw.com

## II. Appellant Attorney(s) - Continued

☐ Lead Attorney          Select

Name: Bradford E. Bullock

Bar No. 00793423

Firm/Agency: Messer Fort, PLLC

Address 1: 4201Parmer Lane

Address 2: Suite C150

City/State/Zip: Austin, Texas 78727-4168

Tel. (512) 930-1317   Ext.   Fax: (972) 668-6414

Email: brad@txmunicipallaw.com

☐ Lead Attorney          Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.   Ext.   Fax:

Email:

☐ Lead Attorney          Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.   Ext.   Fax:

Email:

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐ Person ☒ Organization | ☐ Lead Attorney          Select |
| Name: City of Aledo, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | Firm/Agency: Messer Fort, PLLC |
| Address: | Address 1: 4201 Parmer Lane |
| City/State/Zip: | Address 2:Suite C150 |
| Tel.          Ext.          Fax: | City/State/Zip: Austin, Texas  78727-4168 |
| Email: | Tel. 512-930-1317      Ext.          Fax: 972-668-6414 |

**II. Appellant Attorney(s)**

☒ Lead Attorney          Select

Name: Wm. Andrew Messer

Bar No.  13472230

Firm/Agency: Messer Fort, PLLC

Address 1:6371 Preston Road

Address 2: Suite 200

City/State/Zip: Frisco, Texas  75034

Tel. 972-668-6400      Ext.          Fax:972-668-6414

Email: andy@txmunicipallaw..com

☐ Lead Attorney          Select

Name: Timothy A. Dunn

Bar No. 24050542

Firm/Agency: Messer Fort, PLLC

Address 1: 6371 Preston Road

Address 2: Suite 200

City/State/Zip: Frisco, Texas 75034

Tel. 972-668-6400      Ext.          Fax:  972-668-6414

Email: taddunn@txmunicipallaw.com

**II. Appellant Attorney(s) - Continued**

Email: brad@txmunicipallaw.com

☐ Lead Attorney          Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.          Ext.          Fax:

Email:

| I.  Appellant | II.  Appellant Attorney(s) - Continued |
|---|---|
| ☐ Person  ☒ Organization | ☐ Lead Attorney          Select |
| Name: City of Angleton, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | |
| Address: | Firm/Agency: Messer Fort, PLLC |
| City/State/Zip: | Address 1: 4201 Parmer Lane |
| Tel.          Ext.          Fax: | Address 2:Suite C150 |
| Email: | City/State/Zip: Austin, Texas  78727-4168 |
| **II.  Appellant Attorney(s)** | Tel. 512-930-1317     Ext.          Fax: 972-668-6414 |
| ☒ Lead Attorney          Select | Email: brad@txmunicipallaw.com |
| Name: Wm. Andrew Messer | ☐ Lead Attorney          Select |
| Bar No.  13472230 | Name: |
| Firm/Agency: Messer Fort, PLLC | Bar No. |
| Address 1:6371 Preston Road | Firm/Agency: |
| Address 2: Suite 200 | Address 1: |
| City/State/Zip: Frisco, Texas  75034 | Address 2: |
| Tel. 972-668-6400     Ext.          Fax:972-668-6414 | City/State/Zip: |
| Email: andy@txmunicipallaw..com | Tel.          Ext.          Fax: |
| ☐ Lead Attorney          Select | Email: |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400     Ext.          Fax:  972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I.  Appellant | II.  Appellant Attorney(s) - Continued |
|---|---|
| ☐Person  X Organization | ☐Lead Attorney          Select |
| Name: Aubrey Municipal Development District | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | Firm/Agency: Messer Fort, PLLC |
| Address: | Address 1: 4201 Parmer Lane |
| City/State/Zip: | Address 2:Suite C150 |
| Tel.          Ext.          Fax: | City/State/Zip: Austin, Texas  78727-4168 |
| Email: | Tel. 512-930-1317     Ext.          Fax: 972-668-6414 |
| **II.  Appellant Attorney(s)** | Email: brad@txmunicipallaw.com |
| ☒ Lead Attorney          Select | ☐Lead Attorney          Select |
| Name: Wm. Andrew Messer | Name: |
| Bar No.  13472230 | Bar No. |
| Firm/Agency: Messer Fort, PLLC | Firm/Agency: |
| Address 1:6371 Preston Road | Address 1: |
| Address 2: Suite 200 | Address 2: |
| City/State/Zip: Frisco, Texas  75034 | City/State/Zip: |
| Tel. 972-668-6400     Ext.          Fax:972-668-6414 | Tel.          Ext.          Fax: |
| Email: andy@txmunicipallaw..com | Email: |
| ☐ Lead Attorney          Select | |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400     Ext.          Fax:  972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐Person  ☒Organization | ☐Lead Attorney  Select |
| Name: City of Aubrey, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | Firm/Agency: Messer Fort, PLLC |
| Address: | Address 1: 4201 Parmer Lane |
| City/State/Zip: | Address 2:Suite C150 |
| Tel.     Ext.     Fax: | City/State/Zip: Austin, Texas  78727-4168 |
| Email: | Tel. 512-930-1317     Ext.     Fax: 972-668-6414 |
| **II. Appellant Attorney(s)** | Email: brad@txmunicipallaw.com |
| ☒ Lead Attorney  Select | ☐Lead Attorney  Select |
| Name: Wm. Andrew Messer | Name: |
| Bar No.  13472230 | Bar No. |
| Firm/Agency: Messer Fort, PLLC | Firm/Agency: |
| Address 1:6371 Preston Road | Address 1: |
| Address 2: Suite 200 | Address 2: |
| City/State/Zip: Frisco, Texas  75034 | City/State/Zip: |
| Tel. 972-668-6400     Ext.     Fax:972-668-6414 | Tel.     Ext.     Fax: |
| Email: andy@txmunicipallaw..com | Email: |
| ☐ Lead Attorney  Select | |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400     Ext.     Fax:  972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐ Person  ☒ Organization | ☐ Lead Attorney          Select |
| Name: City of Bulverde, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | Firm/Agency: Messer Fort, PLLC |
| Address: | Address 1: 4201 Parmer Lane |
| City/State/Zip: | Address 2: Suite C150 |
| Tel.          Ext.          Fax: | City/State/Zip: Austin, Texas  78727-4168 |
| Email: | Tel. 512-930-1317     Ext.          Fax: 972-668-6414 |
| **II.  Appellant Attorney(s)** | Email: brad@txmunicipallaw.com |
| ☒ Lead Attorney          Select | ☐ Lead Attorney          Select |
| Name: Wm. Andrew Messer | Name: |
| Bar No.  13472230 | Bar No. |
| Firm/Agency: Messer Fort, PLLC | Firm/Agency: |
| Address 1: 6371 Preston Road | Address 1: |
| Address 2: Suite 200 | Address 2: |
| City/State/Zip: Frisco, Texas  75034 | City/State/Zip: |
| Tel. 972-668-6400     Ext.          Fax: 972-668-6414 | Tel.          Ext.          Fax: |
| Email: andy@txmunicipallaw..com | Email: |
| ☐ Lead Attorney          Select | |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400     Ext.          Fax:  972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐Person  ☒Organization | ☐Lead Attorney          Select |
| Name: City of Cibolo, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | Firm/Agency: Messer Fort, PLLC |
| Address: | Address 1: 4201 Parmer Lane |
| City/State/Zip: | Address 2: Suite C150 |
| Tel.          Ext.          Fax: | City/State/Zip: Austin, Texas  78727-4168 |
| Email: | Tel. 512-930-1317      Ext.          Fax: 972-668-6414 |
| **II. Appellant Attorney(s)** | Email: brad@txmunicipallaw.com |
| ☒ Lead Attorney          Select | ☐Lead Attorney          Select |
| Name: Wm. Andrew Messer | Name: |
| Bar No.  13472230 | Bar No. |
| Firm/Agency: Messer Fort, PLLC | Firm/Agency: |
| Address 1: 6371 Preston Road | Address 1: |
| Address 2: Suite 200 | Address 2: |
| City/State/Zip: Frisco, Texas  75034 | City/State/Zip: |
| Tel. 972-668-6400      Ext.          Fax: 972-668-6414 | Tel.          Ext.          Fax: |
| Email: andy@txmunicipallaw..com | Email: |
| ☐ Lead Attorney          Select | |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400      Ext.          Fax:  972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐ Person ☒ Organization | ☐ Lead Attorney                Select |
| Name: City of Clyde, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | |
| Address: | Firm/Agency: Messer Fort, PLLC |
| City/State/Zip: | Address 1: 4201 Parmer Lane |
| Tel.           Ext.           Fax: | Address 2:Suite C150 |
| Email: | City/State/Zip: Austin, Texas  78727-4168 |
| **II. Appellant Attorney(s)** | Tel. 512-930-1317      Ext.           Fax: 972-668-6414 |
| ☒ Lead Attorney                Select | Email: brad@txmunicipallaw.com |
| Name: Wm. Andrew Messer | ☐ Lead Attorney                Select |
| Bar No.  13472230 | Name: |
| Firm/Agency: Messer Fort, PLLC | Bar No. |
| Address 1:6371 Preston Road | Firm/Agency: |
| Address 2: Suite 200 | Address 1: |
| City/State/Zip: Frisco, Texas  75034 | Address 2: |
| Tel. 972-668-6400      Ext.           Fax:972-668-6414 | City/State/Zip: |
| Email: andy@txmunicipallaw..com | Tel.           Ext.           Fax: |
| ☐ Lead Attorney                Select | Email: |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400      Ext.           Fax:  972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I.  Appellant | II.  Appellant Attorney(s) - Continued |
|---|---|
| ☐ Person  ☒ Organization | ☐ Lead Attorney          Select |
| Name: City of College Station, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | |
| Address: | Firm/Agency: Messer Fort, PLLC |
| City/State/Zip: | Address 1: 4201 Parmer Lane |
| Tel.          Ext.          Fax: | Address 2:Suite C150 |
| Email: | City/State/Zip: Austin, Texas  78727-4168 |
| | Tel. 512-930-1317     Ext.          Fax: 972-668-6414 |

**II.  Appellant Attorney(s)**

☒ Lead Attorney          Select

Name: Wm. Andrew Messer

Bar No.  13472230

Firm/Agency: Messer Fort, PLLC

Address 1:6371 Preston Road

Address 2: Suite 200

City/State/Zip: Frisco, Texas  75034

Tel. 972-668-6400     Ext.          Fax:972-668-6414

Email: andy@txmunicipallaw..com

☐ Lead Attorney          Select

Name: Timothy A. Dunn

Bar No. 24050542

Firm/Agency: Messer Fort, PLLC

Address 1: 6371 Preston Road

Address 2: Suite 200

City/State/Zip: Frisco, Texas 75034

Tel. 972-668-6400     Ext.          Fax:  972-668-6414

Email: taddunn@txmunicipallaw.com

---

**II. Appellant Attorney(s) - Continued**

Email: brad@txmunicipallaw.com

☐ Lead Attorney          Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.          Ext.          Fax:

Email:

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐ Person  ☒ Organization | ☐ Lead Attorney          Select |
| Name: City of Crandall, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | |
| Address: | Firm/Agency: Messer Fort, PLLC |
| City/State/Zip: | Address 1: 4201 Parmer Lane |
| Tel.          Ext.          Fax: | Address 2:Suite C150 |
| Email: | City/State/Zip: Austin, Texas  78727-4168 |
| **II. Appellant Attorney(s)** | Tel. 512-930-1317     Ext.          Fax: 972-668-6414 |
| ☒ Lead Attorney          Select | Email: brad@txmunicipallaw.com |
| Name: Wm. Andrew Messer | ☐ Lead Attorney          Select |
| Bar No.  13472230 | Name: |
| Firm/Agency: Messer Fort, PLLC | Bar No. |
| Address 1:6371 Preston Road | Firm/Agency: |
| Address 2: Suite 200 | Address 1: |
| City/State/Zip: Frisco, Texas  75034 | Address 2: |
| Tel. 972-668-6400     Ext.          Fax:972-668-6414 | City/State/Zip: |
| Email: andy@txmunicipallaw..com | Tel.          Ext.          Fax: |
| ☐ Lead Attorney          Select | Email: |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400     Ext.          Fax:  972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐Person ☒Organization | ☐Lead Attorney          Select |
| Name: City of Denison, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | Firm/Agency: Messer Fort, PLLC |
| Address: | Address 1: 4201 Parmer Lane |
| City/State/Zip: | Address 2:Suite C150 |
| Tel.          Ext.          Fax: | City/State/Zip: Austin, Texas  78727-4168 |
| Email: | Tel. 512-930-1317     Ext.          Fax: 972-668-6414 |
| **II.  Appellant Attorney(s)** | Email: brad@txmunicipallaw.com |
| ☒ Lead Attorney          Select | ☐Lead Attorney          Select |
| Name: Wm. Andrew Messer | Name: |
| Bar No.  13472230 | Bar No. |
| Firm/Agency: Messer Fort, PLLC | Firm/Agency: |
| Address 1:6371 Preston Road | Address 1: |
| Address 2: Suite 200 | Address 2: |
| City/State/Zip: Frisco, Texas  75034 | City/State/Zip: |
| Tel. 972-668-6400     Ext.          Fax:972-668-6414 | Tel.          Ext.          Fax: |
| Email: andy@txmunicipallaw..com | Email: |
| ☐ Lead Attorney          Select | |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400     Ext.          Fax:  972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐Person ☒Organization | ☐Lead Attorney          Select |
| Name: City of Denton, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | |
| Address: | Firm/Agency: Messer Fort, PLLC |
| City/State/Zip: | Address 1: 4201 Parmer Lane |
| | Address 2:Suite C150 |
| Tel.          Ext.          Fax: | City/State/Zip: Austin, Texas  78727-4168 |
| Email: | Tel. 512-930-1317      Ext.          Fax: 972-668-6414 |
| **II.  Appellant Attorney(s)** | Email: brad@txmunicipallaw.com |
| ☒ Lead Attorney          Select | ☐Lead Attorney          Select |
| Name: Wm. Andrew Messer | Name: |
| Bar No.  13472230 | Bar No. |
| Firm/Agency: Messer Fort, PLLC | Firm/Agency: |
| Address 1:6371 Preston Road | Address 1: |
| Address 2: Suite 200 | Address 2: |
| City/State/Zip: Frisco, Texas  75034 | City/State/Zip: |
| Tel. 972-668-6400      Ext.          Fax:972-668-6414 | Tel.          Ext.          Fax: |
| Email: andy@txmunicipallaw..com | Email: |
| ☐ Lead Attorney          Select | |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400      Ext.          Fax:  972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐Person  ☒Organization | ☐Lead Attorney            Select |
| Name: City of Edcouch, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | |
| Address: | Firm/Agency: Messer Fort, PLLC |
| City/State/Zip: | Address 1: 4201 Parmer Lane |
| Tel.           Ext.           Fax: | Address 2:Suite C150 |
| Email: | City/State/Zip: Austin, Texas  78727-4168 |
| **II.  Appellant Attorney(s)** | Tel. 512-930-1317      Ext.           Fax: 972-668-6414 |
| ☒ Lead Attorney            Select | Email: brad@txmunicipallaw.com |
| Name: Wm. Andrew Messer | ☐Lead Attorney            Select |
| Bar No.  13472230 | Name: |
| Firm/Agency: Messer Fort, PLLC | Bar No. |
| Address 1:6371 Preston Road | Firm/Agency: |
| Address 2: Suite 200 | Address 1: |
| City/State/Zip: Frisco, Texas  75034 | Address 2: |
| Tel. 972-668-6400      Ext.           Fax:972-668-6414 | City/State/Zip: |
| Email: andy@txmunicipallaw..com | Tel.           Ext.           Fax: |
| ☐ Lead Attorney            Select | Email: |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400      Ext.           Fax:  972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐Person ☒Organization | ☐Lead Attorney　　　Select |
| Name: City of Elsa, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | |
| Address: | Firm/Agency: Messer Fort, PLLC |
| City/State/Zip: | Address 1: 4201 Parmer Lane |
| Tel.　　　Ext.　　　Fax: | Address 2:Suite C150 |
| Email: | City/State/Zip: Austin, Texas　78727-4168 |
| **II. Appellant Attorney(s)** | Tel. 512-930-1317　　Ext.　　　Fax: 972-668-6414 |
| ☒ Lead Attorney　　　Select | Email: brad@txmunicipallaw.com |
| Name: Wm. Andrew Messer | ☐Lead Attorney　　　Select |
| Bar No.　13472230 | Name: |
| Firm/Agency: Messer Fort, PLLC | Bar No. |
| Address 1:6371 Preston Road | Firm/Agency: |
| Address 2: Suite 200 | Address 1: |
| City/State/Zip: Frisco, Texas　75034 | Address 2: |
| Tel. 972-668-6400　　Ext.　　　Fax:972-668-6414 | City/State/Zip: |
| Email: andy@txmunicipallaw..com | Tel.　　　Ext.　　　Fax: |
| ☐ Lead Attorney　　　Select | Email: |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400　　Ext.　　　Fax:　972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐Person  ☒ Organization | ☐Lead Attorney            Select |
| Name: City of Fate, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | Firm/Agency: Messer Fort, PLLC |
| Address: | Address 1: 4201 Parmer Lane |
| City/State/Zip: | Address 2:Suite C150 |
| Tel.          Ext.          Fax: | City/State/Zip: Austin, Texas  78727-4168 |
| Email: | Tel. 512-930-1317      Ext.          Fax: 972-668-6414 |
| **II. Appellant Attorney(s)** | Email: brad@txmunicipallaw.com |
| ☒ Lead Attorney          Select | ☐Lead Attorney            Select |
| Name: Wm. Andrew Messer | Name: |
| Bar No.  13472230 | Bar No. |
| Firm/Agency: Messer Fort, PLLC | Firm/Agency: |
| Address 1:6371 Preston Road | Address 1: |
| Address 2: Suite 200 | Address 2: |
| City/State/Zip: Frisco, Texas  75034 | City/State/Zip: |
| Tel. 972-668-6400      Ext.          Fax:972-668-6414 | Tel.          Ext.          Fax: |
| Email: andy@txmunicipallaw..com | Email: |
| ☐ Lead Attorney          Select | |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400      Ext.          Fax:  972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I.  Appellant | II.  Appellant Attorney(s) - Continued |
|---|---|
| ☐Person ☒Organization | ☐Lead Attorney　　　　Select |
| Name: City of Hutto, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | |
| Address: | Firm/Agency: Messer Fort, PLLC |
| City/State/Zip: | Address 1: 4201 Parmer Lane |
| Tel.　　　　Ext.　　　　Fax: | Address 2:Suite C150 |
| Email: | City/State/Zip: Austin, Texas  78727-4168 |
| **II.  Appellant Attorney(s)** | Tel. 512-930-1317　　Ext.　　　Fax: 972-668-6414 |
| ☒ Lead Attorney　　　　Select | Email: brad@txmunicipallaw.com |
| Name: Wm. Andrew Messer | ☐Lead Attorney　　　　Select |
| Bar No.  13472230 | Name: |
| Firm/Agency: Messer Fort, PLLC | Bar No. |
| Address 1:6371 Preston Road | Firm/Agency: |
| Address 2: Suite 200 | Address 1: |
| City/State/Zip: Frisco, Texas  75034 | Address 2: |
| Tel. 972-668-6400　　Ext.　　　　Fax:972-668-6414 | City/State/Zip: |
| Email: andy@txmunicipallaw..com | Tel.　　　　Ext.　　　Fax: |
| ☐ Lead Attorney　　　　Select | Email: |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400　　Ext.　　　Fax:  972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐ Person  ☒ Organization | ☐ Lead Attorney          Select |
| Name: City of Kaufman, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | |
| Address: | Firm/Agency: Messer Fort, PLLC |
| City/State/Zip: | Address 1: 4201 Parmer Lane |
| Tel.        Ext.        Fax: | Address 2:Suite C150 |
| Email: | City/State/Zip: Austin, Texas  78727-4168 |
| | Tel. 512-930-1317      Ext.          Fax: 972-668-6414 |
| **II.  Appellant Attorney(s)** | Email: brad@txmunicipallaw.com |
| ☒ Lead Attorney          Select | ☐ Lead Attorney          Select |
| Name: Wm. Andrew Messer | Name: |
| Bar No.  13472230 | Bar No. |
| Firm/Agency: Messer Fort, PLLC | Firm/Agency: |
| Address 1:6371 Preston Road | Address 1: |
| Address 2: Suite 200 | Address 2: |
| City/State/Zip: Frisco, Texas  75034 | City/State/Zip: |
| Tel. 972-668-6400      Ext.          Fax:972-668-6414 | Tel.          Ext.          Fax: |
| Email: andy@txmunicipallaw..com | Email: |
| ☐ Lead Attorney          Select | |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400      Ext.          Fax:  972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐Person ☒Organization | ☐Lead Attorney          Select |
| Name: City of La Villa, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | |
| Address: | Firm/Agency: Messer Fort, PLLC |
| City/State/Zip: | Address 1: 4201 Parmer Lane |
| Tel.          Ext.          Fax: | Address 2:Suite C150 |
| Email: | City/State/Zip: Austin, Texas  78727-4168 |
| **II. Appellant Attorney(s)** | Tel. 512-930-1317      Ext.          Fax: 972-668-6414 |
| ☒ Lead Attorney          Select | Email: brad@txmunicipallaw.com |
| Name: Wm. Andrew Messer | ☐Lead Attorney          Select |
| Bar No.  13472230 | Name: |
| Firm/Agency: Messer Fort, PLLC | Bar No. |
| Address 1:6371 Preston Road | Firm/Agency: |
| Address 2: Suite 200 | Address 1: |
| City/State/Zip: Frisco, Texas  75034 | Address 2: |
| Tel. 972-668-6400      Ext.          Fax:972-668-6414 | City/State/Zip: |
| Email: andy@txmunicipallaw..com | Tel.          Ext.          Fax: |
| ☐ Lead Attorney          Select | Email: |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400      Ext.          Fax:  972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I.  Appellant | II.  Appellant Attorney(s) - Continued |
|---|---|
| ☐Person  ☒Organization | ☐Lead Attorney          Select |
| Name: City of Lockhart, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | |
| Address: | Firm/Agency: Messer Fort, PLLC |
| City/State/Zip: | Address 1: 4201 Parmer Lane |
| Tel.          Ext.          Fax: | Address 2:Suite C150 |
| Email: | City/State/Zip: Austin, Texas  78727-4168 |
| **II.  Appellant Attorney(s)** | Tel. 512-930-1317     Ext.          Fax: 972-668-6414 |
| ☒ Lead Attorney          Select | Email: brad@txmunicipallaw.com |
| Name: Wm. Andrew Messer | ☐Lead Attorney          Select |
| Bar No.  13472230 | Name: |
| Firm/Agency: Messer Fort, PLLC | Bar No. |
| Address 1:6371 Preston Road | Firm/Agency: |
| Address 2: Suite 200 | Address 1: |
| City/State/Zip: Frisco, Texas  75034 | Address 2: |
| Tel. 972-668-6400     Ext.          Fax:972-668-6414 | City/State/Zip: |
| Email: andy@txmunicipallaw..com | Tel.          Ext.          Fax: |
| ☐ Lead Attorney          Select | Email: |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400     Ext.          Fax:  972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐ Person  ☒ Organization | ☐ Lead Attorney          Select |
| Name: City of McKinney, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | |
| Address: | Firm/Agency: Messer Fort, PLLC |
| City/State/Zip: | Address 1: 4201 Parmer Lane |
| Tel.          Ext.          Fax: | Address 2: Suite C150 |
| Email: | City/State/Zip: Austin, Texas  78727-4168 |
| **II. Appellant Attorney(s)** | Tel. 512-930-1317      Ext.          Fax: 972-668-6414 |
| ☒ Lead Attorney          Select | Email: brad@txmunicipallaw.com |
| Name: Wm. Andrew Messer | ☐ Lead Attorney          Select |
| Bar No.  13472230 | Name: |
| Firm/Agency: Messer Fort, PLLC | Bar No. |
| Address 1:6371 Preston Road | Firm/Agency: |
| Address 2: Suite 200 | Address 1: |
| City/State/Zip: Frisco, Texas  75034 | Address 2: |
| Tel. 972-668-6400      Ext.          Fax:972-668-6414 | City/State/Zip: |
| Email: andy@txmunicipallaw..com | Tel.          Ext.          Fax: |
| ☐ Lead Attorney          Select | Email: |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400      Ext.          Fax:  972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I.  Appellant | II.  Appellant Attorney(s) - Continued |
|---|---|
| ☐Person  ☒ Organization | ☐Lead Attorney            Select |
| Name: City of Navosota, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | |
| Address: | Firm/Agency: Messer Fort, PLLC |
| City/State/Zip: | Address 1: 4201 Parmer Lane |
| Tel.            Ext.            Fax: | Address 2:Suite C150 |
| Email: | City/State/Zip: Austin, Texas  78727-4168 |
| **II.  Appellant Attorney(s)** | Tel. 512-930-1317      Ext.            Fax: 972-668-6414 |
| ☒ Lead Attorney            Select | Email: brad@txmunicipallaw.com |
| Name: Wm. Andrew Messer | ☐Lead Attorney            Select |
| Bar No.  13472230 | Name: |
| Firm/Agency: Messer Fort, PLLC | Bar No. |
| Address 1:6371 Preston Road | Firm/Agency: |
| Address 2: Suite 200 | Address 1: |
| City/State/Zip: Frisco, Texas  75034 | Address 2: |
| Tel. 972-668-6400      Ext.            Fax:972-668-6414 | City/State/Zip: |
| Email: andy@txmunicipallaw..com | Tel.            Ext.            Fax: |
| ☐ Lead Attorney            Select | Email: |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400      Ext.            Fax:  972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐ Person   X Organization <br><br> Name: City of Parker, Texas <br><br> ☐ Pro Se <br><br> *If Pro Se Party, enter the following information:* <br><br> Address: <br><br> City/State/Zip: <br><br> Tel.    Ext.    Fax: <br><br> Email: | ☐ Lead Attorney      Select <br><br> Name: Bradford E. Bullock <br><br> Bar No. 00793423 <br><br> Firm/Agency: Messer Fort, PLLC <br><br> Address 1: 4201 Parmer Lane <br><br> Address 2: Suite C150 <br><br> City/State/Zip: Austin, Texas 78727-4168 <br><br> Tel. 512-930-1317   Ext.   Fax: 972-668-6414 <br><br> Email: brad@txmunicipallaw.com |
| **II. Appellant Attorney(s)** | |
| ☒ Lead Attorney      Select <br><br> Name: Wm. Andrew Messer <br><br> Bar No. 13472230 <br><br> Firm/Agency: Messer Fort, PLLC <br><br> Address 1: 6371 Preston Road <br><br> Address 2: Suite 200 <br><br> City/State/Zip: Frisco, Texas 75034 <br><br> Tel. 972-668-6400   Ext.   Fax: 972-668-6414 <br><br> Email: andy@txmunicipallaw..com <br><br> ☐ Lead Attorney      Select <br><br> Name: Timothy A. Dunn <br><br> Bar No. 24050542 <br><br> Firm/Agency: Messer Fort, PLLC <br><br> Address 1: 6371 Preston Road <br><br> Address 2: Suite 200 <br><br> City/State/Zip: Frisco, Texas 75034 <br><br> Tel. 972-668-6400   Ext.   Fax: 972-668-6414 <br><br> Email: taddunn@txmunicipallaw.com | ☐ Lead Attorney      Select <br><br> Name: <br><br> Bar No. <br><br> Firm/Agency: <br><br> Address 1: <br><br> Address 2: <br><br> City/State/Zip: <br><br> Tel.    Ext.    Fax: <br><br> Email: |

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐Person  ☒Organization | ☐Lead Attorney          Select |
| Name: City of Van Alstyne, Texas | Name: Bradford E. Bullock |
| ☐ Pro Se | Bar No. 00793423 |
| *If Pro Se Party, enter the following information:* | |
| Address: | Firm/Agency: Messer Fort, PLLC |
| City/State/Zip: | Address 1: 4201 Parmer Lane |
| Tel.          Ext.          Fax: | Address 2:Suite C150 |
| Email: | City/State/Zip: Austin, Texas  78727-4168 |
| **II.  Appellant Attorney(s)** | Tel. 512-930-1317     Ext.          Fax: 972-668-6414 |
| ☒ Lead Attorney          Select | Email: brad@txmunicipallaw.com |
| Name: Wm. Andrew Messer | ☐Lead Attorney          Select |
| Bar No.  13472230 | Name: |
| Firm/Agency: Messer Fort, PLLC | Bar No. |
| Address 1:6371 Preston Road | Firm/Agency: |
| Address 2: Suite 200 | Address 1: |
| City/State/Zip: Frisco, Texas  75034 | Address 2: |
| Tel. 972-668-6400     Ext.          Fax:972-668-6414 | City/State/Zip: |
| Email: andy@txmunicipallaw..com | Tel.          Ext.          Fax: |
| ☐ Lead Attorney          Select | Email: |
| Name: Timothy A. Dunn | |
| Bar No. 24050542 | |
| Firm/Agency: Messer Fort, PLLC | |
| Address 1: 6371 Preston Road | |
| Address 2: Suite 200 | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-668-6400     Ext.          Fax:  972-668-6414 | |
| Email: taddunn@txmunicipallaw.com | |

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐Person ☒Organization | ☐Lead Attorney     Select |
| Name: 2020 Long Tail Trail Investments | Name: Joshua P. Morrow |
| ☐ Pro Se | Bar No. 24106345 |
| *If Pro Se Party, enter the following information:* | Firm/Agency: Lehotsky Keller Cohn LLP |
| Address: | Address 1: 408 W. 11th Street |
| City/State/Zip: | Address 2: 5th Floor |
| Tel.   Ext.   Fax: | City/State/Zip: Austin, Texas 78701 |
| Email: | Tel. 512-693-8350   Ext.   Fax: |

**II. Appellant Attorney(s)**

☒ Lead Attorney     Select

Name: Todd Disher

Bar No. 24081854

Firm/Agency: Lehotsky Keller Cohn LLP

Address 1: 408 W. 11th Street

Address 2: 5th Floor

City/State/Zip: Austin, Texas 78701

Tel. 512-693-8350   Ext.   Fax:

Email: todd@lkcfirm.com

☐ Lead Attorney     Select

Name: William Thompson

Bar No. 24088531

Firm/Agency: Lehotsky Keller Cohn LLP

Address 1: 408 W. 11th Street

Address 2: 5th Floor

City/State/Zip: Austin, Texas 78701

Tel. 512-693-8350   Ext.   Fax:

Email: will@lkcfirm.com

Email: josh@lkcfirm.com

☐ Lead Attorney     Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.   Ext.   Fax:

Email:

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐Person ☒Organization | ☐Lead Attorney　　　　Select |
| Name: City of Anna, Texas | Name: |
| ☐ Pro Se | Bar No. |
| *If Pro Se Party, enter the following information:* | |
| Address: | Firm/Agency: |
| | Address 1: |
| City/State/Zip: | Address 2: |
| Tel.　　　Ext.　　　Fax: | City/State/Zip: |
| | Tel.　　　　Ext.　　　Fax: |
| Email: | Email: |
| **II. Appellant Attorney(s)** | |
| ☒ Lead Attorney　　　Select | ☐Lead Attorney　　　　Select |
| Name: David Overcash | Name: |
| Bar No. 24075516 | Bar No. |
| Firm/Agency: Wolfe, Tidwell & McCoy, LLP | Firm/Agency: |
| Address 1: 2591 Dallas Parkway, Ste 300 | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: Frisco, Texas 75034 | City/State/Zip: |
| Tel. 972-712-3530　Ext.　　Fax: 972-712-3540 | Tel.　　　　Ext.　　　Fax: |
| Email: david.overcash@wtmlaw.net | Email: |
| ☐ Lead Attorney　　　Select | |
| Name: Clark McCoy | |
| Bar No. 90001803 | |
| Firm/Agency: Wolfe, Tidwell & McCoy, LLP | |
| Address 1: 2591 Dallas Parkway, Ste 300 | |
| Address 2: | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-712-3530　Ext.　　Fax: 972-712-3540 | |
| Email: cmccoy@wtmlaw.net | |

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐ Person ☒ Organization | ☐ Lead Attorney          Select |
| Name: City of Bonham, Texas | Name: |
| ☐ Pro Se | Bar No. |
| *If Pro Se Party, enter the following information:* | Firm/Agency: |
| Address: | Address 1: |
| City/State/Zip: | Address 2: |
| Tel.          Ext.          Fax: | City/State/Zip: |
| Email: | Tel.          Ext.          Fax: |
| **II. Appellant Attorney(s)** | Email: |
| ☒ Lead Attorney          Select | ☐ Lead Attorney          Select |
| Name: David Overcash | Name: |
| Bar No. 24075516 | Bar No. |
| Firm/Agency: Wolfe, Tidwell & McCoy, LLP | Firm/Agency: |
| Address 1: 2591 Dallas Parkway, Ste 300 | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: Frisco, Texas 75034 | City/State/Zip: |
| Tel. 972-712-3530     Ext.     Fax: 972-712-3540 | Tel.          Ext.          Fax: |
| Email: david.overcash@wtmlaw.net | Email: |
| ☐ Lead Attorney          Select | |
| Name: Clark McCoy | |
| Bar No. 90001803 | |
| Firm/Agency: Wolfe, Tidwell & McCoy, LLP | |
| Address 1: 2591 Dallas Parkway, Ste 300 | |
| Address 2: | |
| City/State/Zip: Frisco, Texas 75034 | |
| Tel. 972-712-3530     Ext.     Fax: 972-712-3540 | |
| Email: cmccoy@wtmlaw.net | |

| I. Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐ Person    ☒ Organization<br><br>Name: City of Brownsville, Texas<br>   ☐ Pro Se<br><br>*If Pro Se Party, enter the following information:*<br>Address:<br>City/State/Zip:<br>Tel.     Ext.     Fax:<br>Email: | ☐ Lead Attorney      Select<br>Name: Jennifer Avendano<br>Bar No. 24052304<br><br>Firm/Agency: Brownsville City Attorney<br>Address 1: 1001 East Elizabeth Street<br>Address 2:<br>City/State/Zip: Brownsville, Texas 78520<br>Tel.956-548-6070    Ext.    Fax:<br>Email: Jennifer.Avendano@brownsvilletx.gov |

**II. Appellant Attorney(s)**

| | |
|---|---|
| ☒ Lead Attorney      Select<br>Name: Guillermo "Will" Trevino<br>Bar No. 24044743<br>Firm/Agency: Brownsville City Attorney<br>Address 1: 1001 East Elizabeth Street<br>Address 2:<br>City/State/Zip: Brownsville, Texas 78520<br>Tel.956-548-6070    Ext.    Fax:<br>Email: Will.Trevino@brownsvilletx.gov<br><br>☐ Lead Attorney      Select<br>Name: Lena Chaisson-Munoz<br>Bar No. 24082244<br><br>Firm/Agency: Brownsville City Attorney<br>Address 1: 1001 East Elizabeth Street<br>Address 2:<br>City/State/Zip: Brownsville, Texas 78520<br>Tel.956-548-6070    Ext.    Fax:<br>Email: Lena.Munoz@brownsvilletx.gov | ☐ Lead Attorney      Select<br>Name: Criselda Rincon-Flores<br>Bar No. 24049412<br><br>Firm/Agency: Brownsville City Attorney<br>Address 1: 1001 East Elizabeth Street<br>Address 2:<br>City/State/Zip: Brownsville, Texas 78520<br>Tel.956-548-6070    Ext.    Fax:<br>Email: Criselda.Flores@brownsvilletx.gov |

| III. Appellee | IV. Appellee Attorney(s) - Continued |
|---|---|
| ☐Person ☒Organization | ☐ Lead Attorney          Select |
| Name: State of Texas (other appellees attached) | Name: |
| ☐ Pro Se | Bar No. |
| *If Pro Se Party, enter the following information:* | Firm/Agency: |
| Address: | Address 1: |
| City/State/Zip: | Address 2: |
| Tel.          Ext.          Fax: | City/State/Zip: |
| Email: | Tel.          Ext.          Fax: |
|  | Email: |

**IV. Appellee Attorney(s)**

| | |
|---|---|
| ☒ Lead Attorney          Select | ☐Lead Attorney          Select |
| Name:  Cole P. Wilson | Name: |
| Bar No. 24122856 | Bar No. |
| Firm/Agency:  Office of the Attorney General | Firm/Agency: |
| Address 1: PO Box 12548, Capitol Station | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: Austin, Texas 78711 | City/State/Zip: |
| Tel. (512) 463-2120     Ext.          Fax: (512) 320-0667 | Tel.          Ext.          Fax: |
| Email: Cole.Wilson@oag.texas.gov | Email: |

| | |
|---|---|
| ☐ Lead Attorney          Select | ☐ Lead Attorney          Select |
| Name: | Name: |
| Bar No. | Bar No. |
| Firm/Agency: | Firm/Agency: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.          Ext.          Fax: | Tel.          Ext.          Fax: |
| Email: | Email: |

| . Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐Person  ☒ Organization | ☐Lead Attorney          Select |
| Name: Attorney General Kenneth Paxton | Name: |
| ☐ Pro Se | Bar No. |
| *If Pro Se Party, enter the following information:* | Firm/Agency: |
| Address: | Address 1: |
| City/State/Zip: | Address 2: |
| Tel.          Ext.          Fax: | City/State/Zip: |
| Email: | Tel.          Ext.          Fax: |
| **II.  Appellant Attorney(s)** | Email: |
| ☒ Lead Attorney          Select | ☐Lead Attorney          Select |
| Name: Cole P. Wilson | Name: |
| Bar No.  24122856 | Bar No. |
| Firm/Agency: Office of the Attorney General | Firm/Agency: |
| Address 1: PO Box  12548, Capitol Station | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: Austin, Texas 78711 | City/State/Zip: |
| Tel.512-463-2120    Ext.        Fax: 512-320-0667 | Tel.          Ext.          Fax: |
| Email: Cole.Wilson@oag..texas.gov | Email: |
| ☐ Lead Attorney          Select | |
| Name: | |
| Bar No. | |
| Firm/Agency: | |
| Address 1: | |
| Address 2: | |
| City/State/Zip: | |
| Tel.          Ext.          Fax: | |
| Email: | |

| . Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐Person  ☒Organization | ☐Lead Attorney          Select |
| Name: Office of Texas Comptroller of Public Accounts | Name: |
| ☐ Pro Se | Bar No. |
| *If Pro Se Party, enter the following information:* | Firm/Agency: |
| Address: | Address 1: |
| City/State/Zip: | Address 2: |
| Tel.        Ext.        Fax: | City/State/Zip: |
| Email: | Tel.        Ext.        Fax: |

## . Appellant

☐Person  ☒Organization

Name: Office of Texas Comptroller of Public Accounts

☐ Pro Se

*If Pro Se Party, enter the following information:*

Address:

City/State/Zip:

Tel.        Ext.        Fax:

Email:

## II. Appellant Attorney(s)

☒ Lead Attorney          Select

Name: Cole P. Wilson

Bar No.  24122856

Firm/Agency: Office of the Attorney General

Address 1: PO Box  12548, Capitol Station

Address 2:

City/State/Zip: Austin, Texas 78711

Tel.512-463-2120     Ext.          Fax: 512-320-0667

Email: Cole.Wilson@oag.texas.gov

☐ Lead Attorney          Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.        Ext.        Fax:

Email:

## II. Appellant Attorney(s) - Continued

☐Lead Attorney          Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.        Ext.        Fax:

Email:

☐Lead Attorney          Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.        Ext.        Fax:

Email:

| . Appellant | II. Appellant Attorney(s) - Continued |
|---|---|
| ☐ Person ☒ Organization | ☐ Lead Attorney      Select |
| Name: Texas Comptroller of Public Accounts Glenn Hegar | Name: |
| ☐ Pro Se | Bar No. |
| *If Pro Se Party, enter the following information:* | Firm/Agency: |
| Address: | Address 1: |
| City/State/Zip: | Address 2: |
| Tel.      Ext.      Fax: | City/State/Zip: |
| Email: | Tel.      Ext.      Fax: |

**II. Appellant Attorney(s)**

☒ Lead Attorney      Select

Name: Cole P. Wilson

Bar No. 24122856

Firm/Agency: Office of the Attorney General

Address 1: PO Box 12548, Capitol Station

Address 2:

City/State/Zip: Austin, Texas 78711

Tel. 512-463-2120    Ext.    Fax: 512-320-0667

Email: Cole.Wilson@oag.texas.gov

☐ Lead Attorney      Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.      Ext.      Fax:

Email:

Email:

☐ Lead Attorney      Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.      Ext.      Fax:

Email:

## V. Perfection of Appeal, Judgment and Sentencing

Nature of Case (Subject matter or type of case): Governmenal Immunity

Date Order or Judgment signed: 04/14/2025          Type of Judgment: Dismissal

Date Notice of Appeal filed in Trial Court: 05/06/2025

   If mailed to the Trial Court clerk, also give the date mailed:

Interlocutory appeal of appealable order:      ☐ Yes   ☒ No

   If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

---

Accelerated Appeal (See TRAP 28):      ☐ Yes   ☒ No

   If yes, please specify statutory or other basis on which appeal is accelerated:

---

Parental Termination or Child Protection? (See TRAP 28.4):      ☐ Yes   ☒ No

Permissive? (See TRAP 28.3):      ☐ Yes   ☐ No

   If yes, please specify statutory or other basis for such status:

---

Agreed? (See TRAP 28.2):      ☐ Yes   ☒ No

   If yes, please specify statutory or other basis for such status:

---

Appeal should receive precedence, preference, or priority under statute or rule?      ☐ Yes   ☒ No

   If yes, please specify statutory or other basis for such status:

---

Does this case involve an amount under $100,000?          ☒ Yes   ☐ No

Judgment or Order disposes of all parties and issues?          ☒ Yes   ☐ No

Appeal from final judgment?          ☒ Yes   ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?          ☒ Yes   ☐ No

If yes, you must also complete and file the Challenge to Constitutionality of a State Statute form.

   If yes, is the Attorney General of Texas a party to the case?          ☒ Yes   ☐ No

## VI. Actions Extending Time to Perfect Appeal

| | | | |
|---|---|---|---|
| Motion for New Trial: | ☒ Yes  ☐ No | If yes, date filed: | 05/14/2025 |
| Motion to Modify Judgment: | ☒ Yes  ☐ No | If yes, date filed: | 05/14/2025 |
| Request for Findings of Fact and Conclusions of Law: | ☐ Yes  ☒ No | If yes, date filed: | |
| Motion to Reinstate: | ☐ Yes  ☒ No | If yes, date filed: | |
| Motion under TRCP 306a: | ☐ Yes  ☒ No | If yes, date filed: | |
| Other: | ☐ Yes  ☒ No | | |

   If Other, please specify:

## VII.  Indigency of Party (Attach file stamped copy of Statement and copy of the trial court order.)

Was Statement of Inability to Pay Court Costs filed in the trial court?  ☐ Yes  ☒ No

   If yes, date filed:

Was a Motion Challenging the Statement filed in the trial court?  ☐ Yes  ☒ No

   If yes, date filed:

Was there any hearing on appellant's ability to afford court costs?  ☐ Yes  ☒ No

   Hearing Date:

Did trial court sign an order under Texas Rule of Civil Procedure 145?  ☐ Yes  ☒ No


   Date of Order:

   If yes, trial court finding:  ☐ Challenge Sustained  ☐ Overruled

## VIII.  Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?

   ☐ Yes  ☒ No

   If yes, please attach a copy of the petition.

   Date bankruptcy filed:

   Bankruptcy Case Number:


## IX.  Trial Court and Record

Court: 261st Civil District Court

County: Travis

Trial Court Docket No. (Cause No.):
   D-1-GN-23-007785

Trial Court Judge (who tried or disposed of the case):

   Name:  Honorable Maria Cantu Hexsel

   Address 1:  1700 Guadalupe, 8th Floor

   Address 2:

   City/State/Zip:  Austin, Texas 78701

   Tel. (512) 854-9308  Ext.        Fax: (512) 854-9332

   Email: 53.Submission@traviscountytx.gov

**Clerk's Record**

Trial Court Clerk: ☑ District   ☐ County

Was Clerk's record requested? ☑ Yes ☐ No

   If yes, date requested: 05/20/2025

   If no, date it will be requested:

Were payment arrangements made with clerk?

   ☑ Yes   ☐ No   ☐ Indigent

**(Note: No request required under TRAP 34.5(a),(b).)**

## IX. Trial Court and Record - Continued

**Reporter's or Recorder's Record**

Is there a Reporter's Record?  ☒ Yes  ☐ No

Was Reporter's Record requested?  ☒ Yes  ☐ No

　　　　If yes, date requested: 05/20/2025

　　　　If no, date it will be requested:

Was the Reporter's Record electronically recorded?  ☒ Yes  ☐ No

Were payment arrangements made with the court reporter/court recorder?  ☒ Yes  ☐ No  ☐ Indigent

| | |
|---|---|
| ☒ Court Reporter  ☐ Court Recorder<br>☐ Official  ☐ Substitute<br>Name:  Chavela Crain<br>Address 1:  1700 Guadalupe, 8th Floor<br>Address 2:<br>City/State/Zip:  Austin, Texas 78701<br>Tel. (512) 854-9308 Ext.　　　　Fax:  (512) 854-9332<br>Email: | ☐ Court Reporter  ☐ Court Recorder<br>☐ Official  ☐ Substitute<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.　　　　Ext.　　　　Fax:<br>Email: |

## X. Supersedeas Bond

Supersedeas bond filed?  ☐ Yes  ☒ No

　　If yes, date filed:

　　If no, will file?  ☐ Yes  ☒ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g., temporary or ancillary relief) from this Court?  ☐ Yes  ☒ No

　　If yes, briefly state the basis for your request:

## XII. Alternative Dispute Resolution/Mediation
### (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 10th, 11th, 13th, or 14th Court of Appeals.)

Should this appeal be referred to mediation? ☐ Yes ☒ No

    If no, please specify: Jurisdictional dispute between governmental units cannot be amicably resolved

Has this case been through an ADR procedure? ☐ Yes ☒ No

    If yes, who was the mediator?

    What type of ADR procedure?

    At what stage did the case go through ADR? ☐ Pre-Trial ☐ Post-Trial ☐ Other

      If other, please specify:

Type of Case? Governmenal Immunity

    Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

    In a review de novo, the court will be asked to determine whether the Appellants have standing to bring claims against the State, the Attorney General, and/or the Comptroller of Public Accounts regarding an unconstitutional statute they are required by law to implement.

How was the case disposed of? Final Judgment

Summary of relief granted, including amount of money judgment, and if any, damages awarded.

    If money judgment, what was the amount? Actual damages:

    Punitive (or similar) damages:

    Attorney's fees (trial):

    Attorney's fees (appellate):

    Other:

      If other, please specify: Dismissal of Appelleants' claims for lack of jurisdiction

Will you challenge this Court's jurisdiction? ☐ Yes ☒ No

Does judgment have language that one or more parties "take nothing"? ☐ Yes ☒ No

Does judgment have a Mother Hubbard clause? ☐ Yes ☒ No

Other basis for finality: expressly disposes of all claims and all parties

## XII. Alternative Dispute Resolution/Mediation - Continued
### (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 10th, 11th, 13th, or 14th Court of Appeals.)

Rate the complexity of the case (use 1 for least and 5 for most complex): ☐ 1  ☐ 2 ☐ 3  ☐ 4 ☐ 5

Please make my answer to the preceding questions known to other parties in this case? ☐ Yes  ☐ No

Can the parties agree on an appellate mediator? ☐ Yes  ☐ No

If yes, please give the name, address, telephone, fax, and email address:

Name:

Address:

Telephone:                          Ext.

Fax:

Email:

Languages other than English in which the mediator should be proficient:

Name of the person filling out mediation section of docketing statement:

## XIII. Related Matters

List any pending or past related appeals before this, or any other Texas Appellate Court, by Court, Docket, and Style.

Court: Select Appellate Court                Docket:

Style:

Vs.

Court: Select Appellate Court                Docket:

Style:

Vs.

Court: Select Appellate Court                Docket:

Style:

Vs.

Court: Select Appellate Court                Docket:

Style:

Vs.

Court: Select Appellate Court                Docket:

Style:

Vs.

Court: Select Appellate Court                Docket:

Style:

Vs.

| XIV. Pro Bono Program: |
| --- |
| **(Complete section if filing in the 1st, 2nd, 3rd, 5th, 7th, 13th or 14th Court of Appeals.)** |

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at http://www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program? ☐ Yes ☒ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal? ☐ Yes ☒ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed a Statement of Inability to Pay Court Costs and attached a file-stamped copy of that Statement, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines? ☐ Yes ☒ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee? ☐ Yes ☐ No

If yes, please attach a Statement of Inability to Pay Court Costs completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of a Statement under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

In this matter to be reviewed de novo by the court of appeals, the Appellants ask the court to reverse the decision of the trial court that they lack standing to bring this suit challenging the constitutionality of a statute which, by law, the Appellant cities must implement and enforce. The Texas Supreme Court has established cities possess such standing in these circumstances, and in the event that the cities must name enforcement authorities as defendants, two are present: one who has made legitimate threats of enforcement against them and another whose statutory duties will necessarily (and without discretion) result in cognizable harm to Appellants through decreased sales tax revenues. Appellants cities will ask the court of appeals to hold they have standing to assert their claims and that the court remand this cause for further proceedings in the trial court.

## XV. Fifteenth Court of Appeals Jurisdiction

Effective 9/1/24, certain cases filed with this court must be transferred to the new Fifteenth Court of Appeals (See SB 1045, 88th Legislature, Regular Session). To assist the court in the orderly transfer or cases, please complete the following information.

Does this appeal involve a matter brought by or against the state or a board, commission, department, office, or other agency in the executive branch of the state government, including a university system or institution of higher education as defined by Section 61.003, Education Code, or by or against an officer or employee of the state or a board, commission, department, office, or other agency in the executive branch of the state government arising out of that officer's or employee's official conduct?  ☐ Yes  ☒ No

If the answer is yes, does this appeal involve:
- ☐ a proceeding brought under the Family Code and any related motion or proceeding;
- ☐ a proceeding brought under Chapter 7B or Article 17.292, Code of Criminal Procedure;
- ☐ a proceeding brought against a district attorney, a criminal district attorney, or a county attorney with criminal jurisdiction;
- ☐ a proceeding relating to a mental health commitment;
- ☐ a proceeding relating to civil asset forfeiture;
- ☐ a condemnation proceeding for the acquisition of land or a proceeding related to eminent domain;
- ☐ a proceeding brought under Chapter 101, Civil Practice and Remedies Code;
- ☐ a claim of personal injury or wrongful death;
- ☐ a proceeding brought under Chapter 125, Civil Practice and Remedies Code, to enjoin a common nuisance;
- ☐ a proceeding brought under Chapter 55, Code of Criminal Procedure;
- ☐ a proceeding under Chapter 22A, Government Code;
- ☐ a proceeding brought under Subchapter E-1, Chapter 411, Government Code;
- ☐ a proceeding brought under Chapter 21, Labor Code;
- ☐ a removal action under Chapter 87, Local Government Code;
- ☐ a proceeding brought under Chapter 841, Health and Safety Code;

## XVI. Signature

| | |
|---|---|
| *Andy Messer by perm. TAD* | 05/21/2025 |
| Signature of counsel (or Pro Se Party) | Date |
| Wm. Andrew Messer | 13472230 |
| Printed Name | State Bar No. |
| /s/ Wm. Andrew Messer | Wm. Andrw Messer |
| Electronic Signature (Optional) | Name |

## XVII. Certificate of Service

The undersigned counsel certifies that this Docketing Statement has been served on the following lead counsel for all parties to the Trial Court's Order or Judgment as follows on:

| | |
|---|---|
| *Andy Messer by perm. TAD* | /s/ Wm. Andrew Mewwer |
| Signature of counsel (or Pro Se Party) | Electronic Signature (Optional) |
| 13472230 | |
| State Bar No. | |

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by the attorney.

| | |
|---|---|
| **Please enter the following for each person served:** | |
| Date Served: 05/21/2025 | Date Served: 05/21/2025 |
| Manner Served: eServe | Manner Served: eServe |
| Name: Todd Disher | Name: Guillermo "Will" Trevino |
| Bar No. 24081854 | Bar No. 24044743 |
| Firm/Agency: Lehotsky Keller Cohn LLP | Firm/Agency: Brownsville City Attorney |
| Address 1: 408 W. 11th Street, 5th Floor | Address 1: 1001 East Elizabeth Street |
| Address 2: | Address 2: |
| City/State/Zip: Austin, Texas 78701 | City/State/Zip: Brownsville, Texas 78520 |
| Tel. (512) 693-8350   Ext.   Fax: | Tel. (956) 548-6070   Ext.   Fax: |
| Email: todd@lkcfirm.com | Email: Will.Trevino@brownsvilletx.gov |
| Party: Appellant 2020 Long Tail Trail Investments | Party: City of Brownsville |
| Date Served: 05/21/2025 | Date Served: 05/21/2025 |
| Manner Served: eServe | Manner Served: eServe |
| Name: Cole P. Wilson | Name: Daivd Overcash |
| Bar No. 24122856 | Bar No. 24075516 |
| Firm/Agency: Office of the Attorney General | Firm/Agency: Wolfe, Tidwell & McCoy, LLP |
| Address 1: PO Box 12548, Capitol Station | Address 1: 2591 Dallas Parkway, Ste 300 |
| Address 2: | Address 2: |
| City/State/Zip: Austin, Texas 78711 | City/State/Zip: Frisco, Texas 75034 |
| Tel. (512) 463-2120   Ext.   Fax: (512) 320-0667 | Tel. (972) 712-3530   Ext.   Fax: (972) 712-3540 |
| Email: Cole.Wilson@oag.texas.gov | Email: david.overcash@wtmlaw.net |
| Party: Appellees | Party: Appellants City of Bonham & City of Anna |
| Date Served: 05/21/2025 | |
| Manner Served: eServe | |
| Name: Joshua P. Morrow | |
| Bar No. 2106345 | |
| Firm/Agency: Lehotsky Keller Cohn LLP | |
| Address 1: 408 W. 11th Street, 5th Floor | |
| Address 2: | |
| City/State/Zip: Austin, Texas 78701 | |
| Tel. (512) 693-8350   Ext.   Fax: | |
| Email: josh@lkcfirm.com | |
| Party: Appellant 2020 Long Tail Trail Investments | |

| **Please enter the following for each person served that is not an attorney for a party:** | |
|---|---|
| Date Served:<br>Manner Served: eServe<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                Ext.<br>Fax:<br>Email: | Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                Ext.<br>Fax:<br>Email: |
| Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                Ext.<br>Fax:<br>Email: | Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                Ext.<br>Fax:<br>Email: |
| Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                Ext.<br>Fax:<br>Email: | Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                Ext.<br>Fax:<br>Email: |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sherry Brown on behalf of Wm. Andrew Messer
Bar No. 13472230
sherry@txmunicipallaw.com
Envelope ID: 101118014
Filing Code Description: Docketing Statement
Filing Description: Docketing Statement
Status as of 5/21/2025 4:18 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Allison Collins | 24127467 | allison.collins@oag.texas.gov | 5/21/2025 2:43:17 PM | SENT |
| Sherry Brown | | sherry@txmunicipallaw.com | 5/21/2025 2:43:17 PM | SENT |
| Andy Messer | | andy@txmunicipallaw.com | 5/21/2025 2:43:17 PM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 5/21/2025 2:43:17 PM | SENT |
| Timothy Dunn | | Taddunn@txmunicipallaw.com | 5/21/2025 2:43:17 PM | SENT |
| Todd Disher | | todd@lehotskykeller.com | 5/21/2025 2:43:17 PM | SENT |
| William Thompson | | will@lkcfirm.com | 5/21/2025 2:43:17 PM | SENT |
| Cole Wilson | | cole.wilson@oag.texas.gov | 5/21/2025 2:43:17 PM | SENT |
| Guillermo Trevino | | will.trevino@brownsvilletx.gov | 5/21/2025 2:43:17 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 5/21/2025 2:43:17 PM | SENT |
| George Hyde | | ghyde@txlocalgovlaw.com | 5/21/2025 2:43:17 PM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 5/21/2025 2:43:17 PM | SENT |
| David Overcash | | david.overcash@wtmlaw.net | 5/21/2025 2:43:17 PM | SENT |
| Clark McCoy | | cmccoy@wtmlaw.net | 5/21/2025 2:43:17 PM | SENT |

Associated Case Party: City of Brownsville, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 5/21/2025 2:43:17 PM | SENT |
| Will S.Trevino | | will.trevino@brownsvilletx.gov | 5/21/2025 2:43:17 PM | SENT |

Associated Case Party: Attorney General Kenneth Paxton (in his Official Capacity

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sherry Brown on behalf of Wm. Andrew Messer
Bar No. 13472230
sherry@txmunicipallaw.com
Envelope ID: 101118014
Filing Code Description: Docketing Statement
Filing Description: Docketing Statement
Status as of 5/21/2025 4:18 PM CST

Associated Case Party: Attorney General Kenneth Paxton (in his Official Capacity

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 5/21/2025 2:43:17 PM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 5/21/2025 2:43:17 PM | SENT |